**People of the State of Illinois, Plaintiff-Appellee, v. James Gaulden, Defendant-Appellant.**

**Gen. No. 51,917. (Abstract of Decision.)**

First District, Second Division.

July 9, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (George C. Rantis and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Oliver Ferguson, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**